# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER I. LAPKO, ALAN P. TUCSOK, and BECKY FORBUSH, individually, and as Representatives of a Class of Participants and Beneficiaries of the United Wholesale Mortgage Plan, LLC Profit Sharing Plan and Trust,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC, BOARD OF DIRECTORS OF UNITED WHOLESALE MORTGAGE, LLC, and UNITED WHOLESALE MORTGAGE, LLC 401(K) COMMITTEE,<br><br>        Defendants. | Case No. 2:25-cv-11216<br><br>Hon. Susan K. DeClercq<br>United States District Judge<br><br>Hon. Curtis Ivy Jr.<br>United States Magistrate Judge |

## INDEX OF EXHIBITS

**Exhibit 1**    Declaration of Deana Mathews.

**Exhibit A**    Copy of portions of the plan document for the United Wholesale Mortgage LLC Profit Sharing Plan and Trust, dated October 11, 2023.

**Exhibit B**    Copy of portions of the Plan's Form 5500 for the 2021 filed with the United States Department of Labor.