# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER I. LAPKO, ALAN P. TUCSOK, and BECKY FORBUSH, individually, and as Representatives of a Class of Participants and Beneficiaries of the United Wholesale Mortgage Plan, LLC Profit Sharing Plan and Trust, | Case No. 2:25-cv-11216 |
| Plaintiffs, | Hon. Susan K. DeClercq<br>United States District Judge |
| v. | Hon. Curtis Ivy Jr.<br>United States Magistrate Judge |
| UNITED WHOLESALE MORTGAGE, LLC, BOARD OF DIRECTORS OF UNITED WHOLESALE MORTGAGE, LLC, and UNITED WHOLESALE MORTGAGE, LLC 401(K) COMMITTEE, | |
| Defendants. | |

## DECLARATION OF DEANA MATHEWS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

I, Deana Mathews, declare under 28 U.S.C. § 1746:

1. I am more than 18 years of age, am of sound mind, and am otherwise competent to give this declaration.

2. I am employed by United Wholesale Mortgage, LLC ("UWM") and am the Assistant Vice President Benefits and Human Resource Benefits Specialist.

3. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Complaint.

1

4. I sign the Form 5500s for the United Wholesale Mortgage LLC Profit Sharing Plan and Trust ("Plan") that are filed with the United States Department of Labor. I have personal knowledge of the matters discussed below.

5. Attached as Exhibit A is a copy of portions of the plan document for the United Wholesale Mortgage LLC Profit Sharing Plan and Trust, dated October 11, 2023.

6. Attached as Exhibit B is a copy of portions of the Plan's Form 5500 for 2021 filed with the United States Department of Labor.

Executed on June 17, 2025.

_____
Deana Mathews

2