**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| KRISTOPHER I. LAPKO, ALAN P. TUCSOK, and BECKY FORBUSH, individually, and as Representatives of a Class of Participants and Beneficiaries of the United Wholesale Mortgage Plan, LLC Profit Sharing Plan and Trust, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED WHOLESALE MORTGAGE, LLC, BOARD OF DIRECTORS OF UNITED WHOLESALE MORTGAGE, LLC, and UNITED WHOLESALE MORTGAGE, LLC 401(K) COMMITTEE, <br><br>  Defendants. | Case No. 2:25-cv-11216 <br><br> Hon. Susan K. DeClercq <br> United States District Judge <br><br> Hon. Curtis Ivy Jr. <br> United States Magistrate Judge |

**STIPULATION TO DISMISS THE BOARD OF DIRECTORS
OF UNITED WHOLESALE MORTGAGE, LLC**

Plaintiffs, Kristopher I. Lapko, Alan P. Tucsok, and Becky Forbush, and Defendants United Wholesale Mortgage, LLC, Board of Directors of United Wholesale Mortgage, LLC, and United Wholesale Mortgage, LLC 401(k) Committee, by and through counsel, hereby stipulate to the following:

1. Defendant United Wholesale Mortgage, LLC ("Defendant UWM") informed Plaintiffs that it does not have a board of directors at its operating company level.

2. Plaintiffs hereby agree to voluntarily dismiss the "Board of Directors of United Wholesale Mortgage, LLC" as a defendant, without prejudice.

3. Defendant UWM agrees that, in the event that a final, non-appealable monetary judgment may be entered in this case based on the actions or omissions of any director or officer of UWM Holdings, LLC, SFS Holding Corp. or UWM Holdings Corporation, Defendant UWM will itself be responsible for the payment of any such final judgment subject to any appeal from any such judgment.

4. The caption of this matter should be amended hereafter to remove the "Board of Directors of United Wholesale Mortgage, LLC" as a defendant and to read as follows:

| | |
|---|---|
| KRISTOPHER I. LAPKO, ALAN P. TUCSOK, and BECKY FORBUSH, individually, and as Representatives of a Class of Participants and Beneficiaries of the United Wholesale Mortgage Plan, LLC Profit Sharing Plan and Trust, | Case No. 2:25-cv-11216 |
| Plaintiffs, | Hon. Susan K. DeClercq<br>United States District Judge |
| v. | Hon. Curtis Ivy Jr.<br>United States Magistrate Judge |
| UNITED WHOLESALE MORTGAGE, LLC, and UNITED WHOLESALE MORTGAGE, LLC 401(K) COMMITTEE, | |
| Defendants. | |

Dated: June 16, 2025

| **WALCHESKE & LUZI, LLC** | **GROOM LAW GROUP, CHARTERED** |
|---|---|
| */s/ with consent Paul M. Secunda* | */s/ Michael J. Prame* |
| Paul M. Secunda | Michael J. Prame |
| 235 N. Executive Dr., Suite 240 | Andrew Salek-Raham |
| Brookfield, Wisconsin 53005 | Hannah Stephens |
| Telephone: (414) 828-2372 | Chidera Onyeoziri |
| psecunda@walcheskeluzi.com | GROOM LAW GROUP, CHARTERED |
| | 1701 Pennsylvania Ave., NW |
| *Attorneys for Plaintiffs and Proposed Class* | Washington, D.C. 20006 |
| | Tel: 202-857-0620 |
| | Fax: 202-659-4503 |
| | mprame@groom.com |

**BUSH SEYFERTH PLLC**

*/s/ Moheeb H. Murray*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Thomas G. Cribbins (P86891)
100 West Big Beaver Road, Suite 400
Troy, MI 48084
Telephone: (282) 822-7807
murray@bsplaw.com
mcdonald@bsplaw.com
cribbins@bsplaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, a true and correct copy of the foregoing document was sent to all counsel of record via electronic mail.

/s/ *Michael J. Prame*
Michael J. Prame
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER I. LAPKO, ALAN P. TUCSOK, and BECKY FORBUSH, individually, and as Representatives of a Class of Participants and Beneficiaries of the United Wholesale Mortgage Plan, LLC Profit Sharing Plan and Trust,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC, BOARD OF DIRECTORS OF UNITED WHOLESALE MORTGAGE, LLC, and UNITED WHOLESALE MORTGAGE, LLC 401(K) COMMITTEE,<br><br>        Defendants. | Case No. 2:25-cv-11216<br><br>Hon. Susan K. DeClercq<br>United States District Judge<br><br>Hon. Curtis Ivy Jr.<br>United States Magistrate Judge |

## ORDER GRANTING JOINT STIPULATION

Pursuant to the Parties' attached Stipulation, it is **ORDERED** that the "Board of Directors of United Wholesale Mortgage, LLC" is **DISMISSED WITHOUT PREJUDICE** as a defendant from this action.

Further, it is **ORDERED** that the Clerk of the Court is **DIRECTED** to **AMEND** the caption of this matter to remove the "Board of Directors of United Wholesale Mortgage, LLC" as a defendant.

      **IT IS SO ORDERED**.

                                                              */s/Susan K. DeClercq*  
                                                              SUSAN K. DeCLERCQ  
                                                              United States District Judge

Dated: June 18, 2025