# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER I. LAPKO, ALAN P. TUCSOK, and BECKY FORBUSH, individually, and as Representatives of a Class of Participants and Beneficiaries of the United Wholesale Mortgage Plan, LLC Profit Sharing Plan and Trust, | Case No. 2:25-cv-11216 |
| Plaintiff, | Hon. Susan K. DeClercq<br>United States District Judge |
| v. | |
| UNITED WHOLESALE MORTGAGE, LLC, BOARD OF DIRECTORS OF UNITED WHOLESALE MORTGAGE, LLC, and UNITED WHOLESALE MORTGAGE, LLC 401(K) COMMITTEE, | Hon. Curtis Ivy Jr.<br>United States Magistrate Judge |
| Defendants. | |

## ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' DEADLINE FOR FILING THEIR OPPOSITION BRIEF

Finding good cause after reviewing the Stipulation between Defendants United Wholesale Mortgage, LLC, the United Wholesale Mortgage, LLC 401(K) Committee and Plaintiffs Kristopher I. Lapko, Alan P. Tucsok, and Becky Forbush, ECF No. 16:

It is **ORDERED** that Plaintiffs may file a response to Defendants' Motion for Summary Judgment, ECF No. 15, **on or before July 22, 2025**.

**IT IS SO ORDERED**.

                                                  */s/Susan K. DeClercq*
                                                  SUSAN K. DeCLERCQ
                                                  United States District Judge

Dated: June 24, 2025