# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KRISTOPHER I. LAPKO, ALAN P. TUCSOK, and BECKY FORBUSH, individually, and as Representatives of a Class of Participants and Beneficiaries of the United Wholesale Mortgage Plan, LLC Profit Sharing Plan and Trust, | Case No. 2:25-cv-11216 |
| Plaintiffs, | Hon. Susan K. DeClercq<br>United States District Judge |
| v. | Hon. Curtis Ivy Jr.<br>United States Magistrate Judge |
| UNITED WHOLESALE MORTGAGE, LLC, and UNITED WHOLESALE MORTGAGE, LLC 401(K) COMMITTEE, | |
| Defendants. | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants United Wholesale Mortgage, LLC, and the United Wholesale Mortgage, LLC 401(k) Committee ("Defendants") respectfully submit this notice of five additional rulings over the last 30 days that further support dismissal of this action. Attached as Exhibits A-E are the decisions in: *Brewer et al v. Alliance Coal, LLC et. al.*, No. 4:24-cv-00406, Dkt. No. 58 (N.D. Ok. Dec. 9, 2025) (slip opinion); *Garner v. Northrop Grumman Corp.*, No. 1:25-cv-00439, Dkt. No. 62 (E.D. Va. Dec. 4, 2025) (slip opinion); *Hernandez v. AT&T Servs., Inc.*, No. 2:25-cv-676, 2025 WL 3208360, (C.D. Cal. Nov. 14, 2025); *Brown v. Peco Foods, Inc.,* No. 3:25-cv-00491, 2025 WL 3210857, (S.D. Miss. Nov. 14, 2025); and *Del Bosque v. Coca*

1

*Cola Sw. Beverages LLC*, No. 3:25-cv-01270-X, 2025 WL 3171326 (N.D. Tex. Nov. 13, 2025).  Defendants have highlighted the portions of the decisions addressing the arguments made by Defendants in their pending Motion to Dismiss (Dkt. No.15).

**GROOM LAW GROUP, CHARTERED**

*/s/ Michael J. Prame*
Michael J. Prame
Andrew Salek-Raham
Hannah M. Stephens
Chidera F. Onyeoziri
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Telephone: (202) 861-6633
mprame@groom.com
asalek-raham@groom.com
hstephens@groom.com
conyeoziri@groom.com

**BUSH SEYFERTH PLLC**

*/s/ Moheeb H. Murray*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Thomas G. Cribbins (P86891)
100 West Big Beaver Road, Suite 400
Troy, MI 48084
Telephone: (282) 822-7807
murray@bsplaw.com
mcdonald@bsplaw.com
cribbins@bsplaw.com

*Attorneys for Defendants United Wholesale Mortgage, LLC and United Wholesale Mortgage, LLC 401(k) Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, a true and correct copy of the foregoing document was sent to all counsel of record via the CM/ECF system.

*/s/ Michael J. Prame*
Michael J. Prame