UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTOPHER I. LAPKO et al.,

Plaintiffs,

v.

UNITED WHOLESALE MORTGAGE LLC, and UNITED WHOLESALE MORTGAGE LLC 401(k) COMMITTEE,

Defendants.

______________________________________/

Case No. 2:25-cv-11216

Honorable Susan K. DeClercq
United States District Judge

**JUDGMENT**

In accordance with the Opinion and Order issued:

It is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 15, is **GRANTED,** hereby **CLOSING THE CASE**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 23, 2026